1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RICHARD DIZON,                          )
                                        )
          Plaintiff,                    )          2:10-cv-00715-GMN-VCF
                                        )
vs.                                     )
                                        )
LEONILLA MUSLIN, *et al.*,              )
                                        )
          Defendants.                   )
_____)

**DISMISSAL BY COURT FOR WANT OF PROSECUTION**

It appearing to the Court that this action has been pending in this Court for more than two hundred seventy (270) days without any proceeding having been taken therein during such period; now therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above entitled action be, and it hereby is, dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

Dated:  July 18, 2012

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE